UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| NABOR CRUZ-PEREZ, | § | |
| | § | |
| Petitioner | § | |
| VS. | § | CIVIL ACTION NO. 5:18-CV-86 |
| | § | CRIMINAL ACTION NO. 5:15-CR-1401-1 |
| UNITED STATES OF AMERICA | § | |

## **ORDER**

On March 11, 2019, U.S. Magistrate Judge Sam S. Sheldon issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that Petitioner's § 2255 Motion be denied. (Dkt. No. 11; Cr. Dkt. No. 85).[1]  Additionally, the Report and Recommendation concluded that should Petitioner seek a certificate of appealability, it be denied. (*Id.* at 5).  Neither Party filed objections to the Report and Recommendation.

Having found no plain error in the proposed findings and recommendations, the Court hereby **ADOPTS** the Report and Recommendation as the findings of the Court.  Accordingly, Petitioner's § 2255 Motion (Dkt. No. 1; Cr. Dkt. No. 83) is **DENIED**, and this civil action is **DISMISSED WITH PREJUDICE**.  Should Petitioner seek a certificate of appealability, it is **DENIED**.

It is so **ORDERED**.

**SIGNED** this 2nd day of May, 2019.

_____
Marina Garcia Marmolejo
United States District Judge

---

[1] "Dkt. No." refers to the civil case, and "Cr. Dkt. No." refers to the criminal case.